**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pierre Charles BELLE, Defendant–Appellant.**

**No. 03–41657**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 23, 2004.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

The Federal Public Defender, counsel for Pierre Charles Belle, has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Belle has filed a response stating his intention to proceed "in proper person" and seeking a 60–day extension of time to file a brief. Belle's request for an extension of time is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

Our independent review of the brief, the record, and Belle's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

